

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Eric John Ramirez v. Juanita Sanchez

Appellate case number:    01-21-00417-CV

Trial court case number:  2013-21465

Trial court:                      308th District Court of Harris County

This is an appeal from the trial court's May 4, 2021 judgment and an order signed on August 16, 2021. Appellant appealed on August 2, 2021 and August 31, 2021. *See* TEX. R. APP. P. 26.1. The record was therefore due on September 1, 2021. *See id.* 35.1(a). On September 7, 2021, the District Clerk informed the Court that appellant had not made arrangements to pay the fee for preparing the clerk's record. *See id.* 37.3(b). On September 9, 2021, we notified appellant that the clerk's record had not been filed, and we gave appellant until October 11, 2021 to show that the appellant had made arrangements to pay the clerk's fee for preparing the clerk's record. Despite our notice, the clerk's record has not been filed. On November 5, 2021, appellant filed "Appellant's Opposed First Motion for Extension of Time to File Brief" in which he requests a 60-day extension to file a brief and acknowledges that the clerk's record has not yet been filed.

Because the clerk's record has not been filed, appellant's brief is not yet due and accordingly, we **dismiss** "Appellant's Opposed First Motion for Extension of Time to File Brief" as moot. *See* TEX. R. APP. P. 38.6(a).

Nevertheless, we further **notify** appellant that the deadline for filing the clerk's record has passed and that, unless appellant submits written evidence from the trial court clerk showing that appellant has paid or made arrangements to pay the clerk's fee for preparing the clerk's record within 10 days of the date of this order, we may dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3.

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
⊠ Acting individually    ☐ Acting for the Court

Date: \_\_\_November 16, 2021\_\_\_\_\_